AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

ROBERT DENMARK, A/K/A Darrick Scrubb

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1649-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 9, 2005 in Worcester county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

Illegally re-enter the United States after Deportation

in violation of Title 8 United States Code, Section(s) 1326.

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:
Official Title

See the attached affidavit of Matthew Gilmore, Special Agent, United States Bureau of Immigration and Customs Enforcement ("ICE")

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant
S/A Matthew Gilmore

Sworn to before me and subscribed in my presence,

3-1-05     at     Worcester, Massachusetts
Date                       City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                 Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.