AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

District of [ED]

[CLERK'S OFFICE stamp: 05 MAR -4 P 1:12]

U.S.

v

Robert Denmark, aka Derrick Scrubb

**APPEARANCE**

CASE NUMBER: 05-1649-CBS

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

_3/4/05_
Date

_[signature]_
Signature

_John M Goggins_   _631254_
Print Name              Bar Number

_47 Harvard St_
Address

_Worcester_   _MA_   _01605_
City          State   Zip Code

_508 791-3466_   _508 799-3505_
Phone Number      Fax Number