AO 458 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF ⎯⎯⎯⎯⎯⎯⎯

*filed in open court 3/4/2005 /s/ BR*

UNITED STATES OF AMERICA

v.

Robert Denmark, a/k/a
Darrick Scrub

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 05-1649-CBS

I, Robert Denmark, a/k/a Darrick Scrub, charged in a (complaint) (petition) pending in this District with _____
in violation of Title _____ 8 _____, U.S.C., _____ 1324 _____,
and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

3/4/05
Date

_____
Counsel for Defendant
John M [illegible]