```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | VIOLATION: |
| | ) | |
| v. | ) | 8 U.S.C. § 1326 - |
| | ) | Unlawful Re-entry of A |
| ROBERT DENMARK, | ) | Deported Alien |
| a/k/a "Darrick Scrubb," | ) | |
| a/k/a "Bryan J. Robinson," | ) | 4:05CR40009-FDS |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

**COUNT ONE:**   (8 U.S.C. § 1326 - Unlawful Re-entry of A Deported Alien)

The Grand Jury charges that:

On or about February 9, 2005, at Worcester, in the District of Massachusetts,

**ROBERT DENMARK, a/k/a "Darrick Scrubb,"
and "Bryan J. Robinson,"**

defendant herein, being an alien and having been excluded, removed and deported from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Sections 202(3) and (4) and 557.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY


_____
DAVID HENNESSY
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; March 9, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

11:08A

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** Worcester    **Category No.** II    **Investigating Agency** ICE

**City** Worcester    **Related Case Information:**

**County** Worcester

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant  X  New Defendant _____
Magistrate Judge Case Number   05-1649-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Robert Denmark      Juvenile  ☐ Yes  ☒ No

Alias Name   Darrick Scrubb

Address   8 Dayton Street, Apartment 2, Worcester, MA

Birth date (Year only): 1974   SSN (last 4 #): 7087   Sex M   Race: _____   Nationality: Jamaican

Defense Counsel if known:   John Goggins    Address: 47 Harvard Street
     Worcester 01609

Bar Number: _____

**U.S. Attorney Information:**

AUSA   David Hennessy    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:   3/4/05

☒ Already in Federal Custody as   detainee   in   Central Falls, RI
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☒ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: March 9, 2005    Signature of AUSA: _(signed)_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Robert Denmark, a/k/a Darrick Scrubb

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 USC 1326 | Illegal Re-entry after deportation | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**