UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
        v.                          )    **CRIMINAL ACTION**
                                    )    **NO. 05-40009-FDS**
ROBERT DENMARK,                     )
        Defendant,                  )
_____)

**INITIAL AND FINAL STATUS REPORT**
**May 6, 2005**

**SWARTWOOD, C.M.J.**

The following is an Initial and Final Status Report to Saylor, J. to whom this case is assigned:

1. Rule 11 Hearing

Counsel for the parties have requested that this case be returned to Judge Saylor for a Rule 11 hearing. I have granted that request.

2. Excludable Time

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the period from April 12, 2005 (date of expiration of prior order of excludable time) through May 6, 2005 (date that counsel requested that this case be returned to the District Judge for a Rule 11 hearing). Therefore, I have excluded from the Speedy Trial Act, the entire period from date of arraignment through May 6, 2005 and assuming no further periods of

excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, July 15, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE